NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL AMOS DAVENPORT,     )
     )
     Appellant,     )
     )
v.     )     Case No. 2D19-2540
     )
STATE OF FLORIDA,     )
     )
     Appellee.     )
_____)

Opinion filed September 4, 2020.

Appeal from the Circuit Court for
Sarasota County; Stephen M. Walker,
Judge.

Howard L. Dimmig, II, Public Defender,
and Nicholas Martino, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

     Affirmed.


VILLANTI, LUCAS, and SMITH, JJ., Concur.